No. 95–78. COLOROW v. UTAH ET AL. Sup. Ct. Utah. Certiorari denied.

No. 95–80. HEMMERLE ET AL. v. BAKST, TRUSTEE FOR SUN-ISLAND REALTY, INC. C. A. 11th Cir. Certiorari denied.

No. 95–81. BALDERSON v. BALDERSON. Sup. Ct. Idaho. Certiorari denied.

No. 95–89. BILLS v. ASELTINE ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–90. RODRIGUEZ-GARCIA ET AL. v. ESTADO LIBRE ASOCIADO DE PUERTO RICO ET AL. Super. Ct. P. R. Certiorari denied.

No. 95–91. BERKELEY v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 95–92. OWEN v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 95–94. SALAZAR v. PRICE CO. ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–96. PIEDMONT AVIATION, INC. v. CROCKER. C. A. D. C. Cir. Certiorari denied.

No. 95–97. MANGRUM v. KENTUCKY; and JACKSON ET AL. v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 95–99. GULF COAST INDUSTRIAL WORKERS UNION v. EXXON CHEMICAL AMERICAS. C. A. 5th Cir. Certiorari denied.

No. 95–100. NTDEC ET AL. v. NINTENDO OF AMERICA, INC. C. A. 9th Cir. Certiorari denied.

No. 95–101. ANDERSON v. CUNARD LINE LTD. C. A. 5th Cir. Certiorari denied.

No. 95–102. TORREBLANCA DE AGUILAR ET AL. v. BOEING CO. ET AL. C. A. 5th Cir. Certiorari denied.